Edward F. Beane, Esq.
Keane & Beane, P.C.
445 Hamilton Avenue, 15th Floor
White Plains, New York 10601
Tel. No.: (914) 946-4777
Fax No.: (914) 946-6868
Email: ebeane@kblaw.com
Federal Bar No.: EB 0358
Attorneys for Third-Party Plaintiffs

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
GREATER HURON DEVELOPMENT
CORPORATION AND THE INTERMEDIARY
RELENDING PROGRAM,

        Plaintiffs,

   -against-

RIDGEFIELD FARMS, LLC, ROY LEVY,
RICHARD GREENFIELD and PHIL FRIEND,

        Defendants.
-------------------------------------------------------------------- x
RIDGEFIELD FARMS, LLC, ROY LEVY,
RICHARD GREENFIELD and PHIL FRIEND,

        Third-Party Plaintiffs,

   -against-

RIDGEFIELD FARMS OF SOUTH DAKOTA,
LLC,

        Third-Party Defendants.
-------------------------------------------------------------------- x

**DEFAULT JUDGMENT**
**06 CIV. 13766 (KMK) (LMS)**
**(Fed. R. Civ. P. 55(b)(2))**

On _November 2, 2007_, the Court duly heard and considered the application for entry of a Default Judgment against Third-Party Defendant Ridgefield Farms of South Dakota, LLC ("Ridgefield SD") of Third-Party Plaintiffs Ridgefield Farms, LLC, Richard Greenfield, Roy Levy and Phil Friend, by Order to Show Cause pursuant to Rule 55(b)(2) of the Federal Rules of

and penalties in the amount of Seven Thousand Six Hundred Ninety-Six and 77/100 ($7,696.77) Dollars, reasonable attorneys' fees in the amount of Fifty Six Thousand Four Hundred Fifty One and 00/100 ($56,451.00) Dollars and costs in the amount of One Thousand Six Hundred Sixty One and 92/100 ($1,661.92) Dollars, for a total damage award of ~~Three Hundred Fifteen Thousand Eight Hundred Nine~~ Two Hundred Ninety-Three Thousand Eight Hundred Nine and 69/100 ($293,809.69) Dollars

[handwritten annotation: "with $15,000 going to Ridgefield Farms, LLC"] [initialed: KMK]

(b)   This Judgment shall bear interest at the Judgment rate from the date of entry until paid;

(c)   All relief not expressly granted is denied.

Dated: November 2, 2007

_____
Kenneth M. Karas, U.S.D.J.

-3-